IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

|  |  |
|---|---|
| EMMANUEL CHAIDEZ, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>SNOWFLAKE, INC.,<br><br>Defendant. | No. CV 2:24-cv-00050-BMM<br><br>**ORDER TO EXTEND DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS** |

WHEREAS, there are currently nine proposed consumer class actions (together, the "Related Actions") pending before the U.S. District Court for the District of Montana against Defendant Snowflake, Inc. ("Snowflake"):

- *Leal v. Snowflake, Inc.*, No. CV-24-46-BU-BMM, filed June 13, 2024;

- *Chaidez v. Snowflake, Inc.*, No. CV-24-50-BU-BMM, filed June 27, 2024;

- *Doe, Smith and Stewart v. Snowflake, Inc.*, CV-24-51-BU-BMM-JTJ, filed June 27, 2024;

- *Bowers v. Snowflake, Inc.*, No. CV-24-55-BU-JTJ, filed July 10, 2024;

- *Olivieri, v. AT&T, Inc.., AT&T Mobility LLC and Snowflake, Inc.*, No. 2:24-cv-00056-JTJ, filed July 17, 2024;

- *Wilkinson v. Snowflake, Inc.*, No. 2:24-cv-00057-TJC, filed July 17, 2024;

- *Armstrong v. Snowflake, Inc.*, No. 2:24-cv-00058-JTJ, filed July 17, 2024;

- *Giangiulio v. Snowflake, Inc.*, No. CV-24-60-BU-JTJ, filed July 18, 2024;

- *Layman v. Snowflake, Inc.*, No. 2-24-cv-62-TJC, filed July 22, 2024.

WHEREAS, due to the separate filing and service dates of each of the Plaintiffs' complaints, Snowflake's deadlines to respond to each of the Related Actions' complaints vary;

WHEREAS, Plaintiffs' counsel for the Related Actions recognize that it would be inefficient for Snowflake to respond to each complaint, particularly given the likelihood that plaintiffs may agree to consolidate the actions or, if they do not, that Snowflake will move for consolidation;

WHEREAS, to conserve party and judicial resources and for efficiency, Snowflake asked Plaintiffs to extend its time to respond to each of the Related Actions' complaints and Plaintiffs agreed;

NOW THEREFORE, the Parties through their respective counsel hereby STIPULATE AND AGREE THAT:

1.  The deadlines for Snowflake to answer, move, or otherwise respond to the Complaints in each of the Related Actions, including the Complaint in *Chaidez v. Snowflake, Inc.* is extended until September 24, 2024.

2.  The parties will meet and confer regarding consolidation of the complaints against Snowflake and promptly update the Court with their positions.

Dated July 23, 2024.

        */s/ Brianne C. McClafferty*
        Brianne C. McClafferty
        Holland & Hart LLP
        401 N. 31st Street, Suite 1500
        P.O. Box. 639
        Billings, Montana 59103-0639
        Telephone: (406) 252-2166
        *bcmcclafferty@hollandhart.com*

        Kevin Johnson (*pro hac vice forthcoming*)
        Stephen A. Broome (*pro hac vice forthcoming*)
        Viola Trebicka (*pro hac vice forthcoming*)
        Lauren Lindsay (*pro hac vice forthcoming*)
        Delaney Gold-Diamond (*pro hac vice forthcoming*)
        Quinn Emanuel Urquhart & Sullivan LLP
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        Telephone: (212) 849-7000
        *kevinjohnson@quinnemanuel.com*
        *stephenbroome@quinnemanuel.com*
        *violatrebicka@quinnemanuel.com*
        *laurenlindsay@quinnemanuel.com*

      delaneygolddiamond@quinnemanuel.com

      ATTORNEYS FOR DEFENDANT
      SNOWFLAKE, INC.

      */s/ John Heenan*
      John Heenan
      John@lawmontana.com
      Heenan & Cook
      1631 Zimmerman Trail
      Billings, Montana 59102
      Telephone: (406) 839-9091

      Jeff Ostrow *(pro hac vice forthcoming)*
      Kopelowitz Ostrow Ferguson Weiselberg Gilbert
      One West Law Olas Blvd., Suite 500
      Fort Lauderdale, FL  33301
      ostrow@kolawyers.com

      ATTORNEYS FOR PLAINTIFF AND
      THE PROPOSED CLASS

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this 6th day of August, 2024.

_____
Brian Morris, Chief District Judge
United States District Court