# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL No. 2:24-md-03126-BMM |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

Based on Defendants AT&T Inc., AT&T Mobility LLC, and Cricket Wireless, LLC's (collectively, "AT&T"), with Plaintiffs (the "Parties") Joint Motion to Stay Proceedings, and good cause have been shown,

IT IS HEREBY ORDERED that all deadlines are STAYED with respect to AT&T through March 31, 2025.

IT IS FURTHER ORDERED that the Parties shall file a joint status report by March 31, 2025, to address whether the Stay should be continued and, if not, provide a proposed schedule for the Parties' respective deadlines.

DATED this 4th day of February 2025.

Brian Morris, Chief District Judge
United States District Courts