IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | 2:24-MD-03126-BMM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS BY ADVANCE AUTO PLAINTIFFS AGAINST DEFENDANT SNOWFLAKE INC. WITH PREJUDICE** |

AND NOW, on this 19th day of December 2025, upon consideration of the Joint Motion to Dismiss Claims by Advance Auto Plaintiffs Against Defendant Snowflake Inc. With Prejudice, filed by Snowflake Inc., together with Emmanuel Chaidez, Stefondra Monroe, Raymond Moule, Raven Richardson, Don Smith, and Raymond Swain, it is hereby ORDERED, DECREED, and ADJUDGED as follows:

All claims asserted by the Advance Auto Releasing Parties against Snowflake in the Advance Auto Action and Advance Auto Related Actions are hereby dismissed with prejudice. The Advance Auto Releasing Parties are hereby permanently enjoined from commencing or further prosecuting (either directly,

representatively, or in any other capacity) any Advance Auto Released Claim against Snowflake.

Dated this 19th day of December, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts